# EXHIBIT B

Case: 1:10-cv-04314 Document #: 8-4 Filed: 07/23/10 Page 2 of 3 PageID #:159

Case 10-15240  Doc 81  Filed 05/25/10  Entered 05/25/10 17:02:22  Desc Main
Document  Page 1 of 2
10-15240;67.2:Motion for Relief Stay:Proposed Order Entered 05/25/10 2:22:16 PM By:Sara Lorber Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re )
)
JOSEPH J. PAV and DENISE A. PAV, ) Chapter 7
a/k/a Denise A. Borowczyk, )
) Case No. 10-15240
Debtors. )

## ORDER TERMINATING AUTOMATIC STAY
## WITH RESPECT TO PROPERTY AT 2402 CLARENCE AVENUE, BERWYN, IL

THIS CAUSE coming to be heard on Sovereign Bank's Motion to Terminate the Automatic Stay with Respect to Property at 2402 Clarence Avenue, Berwyn, IL (the "Motion"), due notice having been given, and this Court having jurisdiction of the subject matter and having been fully advised in the premises, *appearing to the Ct,*

~~IT IS HEREBY FOUND~~ that the Property (as defined in the Motion) and the rents associated with the Property have a substantially smaller value than the outstanding debt owed to Sovereign Bank, which is secured by the Property, and consequently the Debtors have no equity in the Property; and

**THEREFORE, IT IS HEREBY ORDERED:**

1. The automatic stay is hereby terminated to permit Sovereign Bank to enforce all of its rights under the Note and Mortgage (as defined in the Motion), including but not limited to, seeking a judgment of foreclosure, obtaining the appointment of a receiver, judicial sale of the Property, the turnover of rents and any other relief to which it is entitled under applicable law.

Case: 1:10-cv-04314 Document #: 8-4 Filed: 07/23/10 Page 3 of 3 PageID #:160
Case 10-15240  Doc 81  Filed 05/25/10  Entered 05/25/10 17:02:22  Desc Main
Document  Page 2 of 2
10-15240:67.2:Motion for Relief Stay:Proposed Order Entered: 5/18/2010 2:22:16 PM by Sara Lorber Page 2 of 2

2. This Order shall become effective immediately and the 14-day stay provided for in Bankruptcy Rule 4001(a)(3) is waived.

Dated: MAY 25 2010

ENTER:

United States Bankruptcy Judge