# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Sovereign Bank, FSB
                                    Plaintiff,

v.                                                               Case No.: 1:10−cv−04314
                                                                          Honorable William T. Hart

Inland Bank and Trust, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 5, 2010:

      MINUTE entry before Honorable William T. Hart: Motion hearing held. Plaintiff's motion to appoint Moglia advisors as receiver is granted. Status hearing set for 11/4/2010 at 11:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.