**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Sovereign Bank, FSB
                        Plaintiff,

v.                                                      Case No.: 1:10−cv−04314
                                                             Honorable William T. Hart

Inland Bank and Trust, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 26, 2010:

      MINUTE entry before Honorable William T. Hart: Plaintiff's motion for authorization to serve defendant Joseph Pav by alternative means is granted. Leave of court is given to Plaintiff to effectuate service upon Mr. Pav by (a) sending a summons and complaint to Mr. Pav by certified mail, Federal Express, and regular mail, and (b) by hand delivering a summons and complaint to Mr. Pav's counsel, Mr. Benjamin. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.