**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOVEREIGN BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOSEPH PAV, | ) | Case No. 10-4314 |
| INLAND BANK AND TRUST, f/k/a/ | ) | |
| AMERIMARK BANK, AS TRUSTEE | ) | Honorable Sharon Johnson Coleman |
| UNDER TRUST NO. 01-522, and | ) | |
| THE UNITED STATES OF | ) | |
| AMERICA, DEPARTMENT OF | ) | |
| TREASURY, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION REGARDING SERVICE OF PROCESS ON JOSEPH PAV**

I, Sara Lorber, declare under penalty of perjury, as follows:

1. On August 26, 2010, this Court entered an order authorizing service upon defendant Joseph Pav by alternative means (the "Order").

2. On August 27, 2010, pursuant to the Order, I served copies of the Complaint, summons and Order upon Joseph Pav at his home address, 14144 131st St., Lemont IL 60439, by regular U.S. Mail, certified mail and Federal Express.

3. On August 27, 2010, pursuant to the Order, I also caused copies of the Complaint, summons and Order to be hand delivered to Mr. Pav's bankruptcy counsel, Robert Benjamin at Querrey & Harrow, Ltd., 175 W. Jackson Blvd., Suite 1600, Chicago, IL 60604.

September 24, 2010               /s/ Sara E. Lorber