**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Sovereign Bank, FSB
                              Plaintiff,

v.                                    Case No.: 1:10–cv–04314
                                      Honorable Sharon Johnson Coleman

Inland Bank and Trust, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2010:

    MINUTE entry before Honorable Sharon Johnson Coleman:Plaintiff's motion for summary judgment as to the United States [22] heard on 10/14/2010 and the motion is granted. Plaintiff's motion for default judgment as to the remaining defendants [24] is granted. Civil case terminated. The Court will enter Order of Default and Judgment of Foreclosure. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.