

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SOVEREIGN BANK, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-4314 |
| v. ) | |
| ) | Honorable Sharon Johnson Coleman |
| INLAND BANK AND TRUST, f/k/a/ ) | |
| AMERIMARK BANK, AS TRUSTEE ) | |
| UNDER TRUST NO. 01-522, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DEFAULT

THIS CAUSE HAVING COME TO BE HEARD on the Plaintiff's Rule 55 Motion for Entry of Default Judgment against Defendants Joseph Pav, Inland Bank and Trust, f/k/a/ Amerimark Bank, as trustee under Trust No. 01-522 (the "Trust") and U.S. Bank national Association ("U.S. Bank"), proper notice having been given, and the Court being fully advised:

IT IS HEREBY ORDERED that Defendants, Mr. Pav, the Trust, and U.S. Bank are in default for their failure to answer or otherwise plead to Plaintiff's Complaint and the Complaint is confessed against said Defendants.

Dated: Oct. 14, 2010.

ENTERED:

_____
JUDGE