IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOVEREIGN BANK, FSB, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 10-4314 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| INLAND BANK AND TRUST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR APPROVAL OF**
**SECOND REPORT OF RECEIVER, MOGLIA ADVISORS**

COMES NOW, Moglia Advisors, duly appointed receiver ("Receiver"), by and through its undersigned counsel, Thompson Coburn LLP, and files its motion to approve Receiver's Second Report for the Period of October 1, 2010 through November 5, 2010. In support of the motion, Receiver states as follows:

1. On August 5, 2010, the Court placed Moglia Advisors as receiver to protect and preserve the real estate commonly known as 2402 South Clarence Avenue, Berwyn, Illinois 60402 and also known as also known as 6622 W. 24th Street Berwyn, Illinois 60402 and 6624 W. 24th Street Berwyn, Illinois 60402 (the "Property").

2. Receiver's first report of the receivership for the period of August 5, 2010 through September 30, 2010 was approved by order of this Court dated November 2, 2010.

3. Receiver's second report of the receivership for the period of October 1, 2010 through November 5, 2010 is attached hereto and incorporated herein as **Exhibit A** (the " Second Report").

4. Receiver files the instant motion seeking the Court's approval of the Second Report.

- 2 -

WHEREFORE, movant Moglia Advisors, duly appointed Receiver and party-in-interest, prays that this Court enter an Order approving the Second Report and for such other and further relief as this Court deems just and proper.

DATED:  December 3, 2010

                        Respectfully submitted,

                        THOMPSON COBURN LLP

                        By  */s/ Seth A. Albin*
                              One of Its Attorneys

                              Seth A. Albin (6244319)
                              salbin@thompsoncoburn.com
                              One US Bank Plaza
                              St. Louis, Missouri 63101
                              Phone: (314) 552-6283
                              Fax: (314) 552-7283

                        *Attorneys for Moglia Advisors, Receiver*

**CERTIFICATE OF SERVICE**

    I, Seth A. Albin, an attorney, hereby certify that on December 3, 2010, a copy of the foregoing **Motion of Receiver Moglia Advisors to Approve Second Report of Receiver** was duly served to all registered parties through the CM/ECF system for the United States District Court for the Northern District of Illinois to the parties listed below.

| | |
|---|---|
| Sara E. Lorber<br>The Law Office of<br>    William J. Factor, Ltd.<br>105 W. Madison, Suite 400<br>Chicago, IL 60602<br>slorber@wfactorlaw.com | Wesley E. Johnson<br>Goodman Law Offices, LLC<br>105 W. Madison, Suite 400<br>Chicago, Illinois 60602<br>Wjohnson@wesleyjohnsonlaw.com |
| William J. Factor<br>The Law Office of<br>    William J. Factor, Ltd.<br>105 W. Madison, Suite 400<br>Chicago, IL 60602<br>wfactor@wfactorlaw.com | Joel Robert Nathan<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, Illinois 60604<br>Joel.nathan@usdoj.gov |
| AUSA<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, Illinois 60604<br>USAILN.ECFAUSA@usdoj.gov | Joseph Pav<br>14144 131st Street<br>Lemont, IL 60439 |
| Inland Bank and Trust, f/k/a Amerimark Bank, as trustee under Trust No. 01-522<br>c/o Dan Goodwin or Legal Department<br>2901 Butterfield Road<br>Oak Brook, IL 60523-1190 | U.S. Bank National Association<br>c/o Richard Davis or Legal Department<br>425 Walnut Street<br>Cincinnati, OH 45202 |

                                                                                     */s/ Seth A. Albin*